THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:21-cv-00329-MR
BANKRUPTCY CASE NO. 1:21-bk-10174

| | |
|---|---|
| IN RE: ) ) DOROTHY ANN ) BEASLEY-SCHNIPER, ) ) Debtor. ) _____) ) DOROTHY ANN ) BEASLEY-SCHNIPER, ) ) Appellant, ) ) vs. ) ) SERVIS FIRST BANK, ) ) Appellee. ) _____) | O R D E R |

**THIS MATTER** is before the Court on the Order of the Bankruptcy Court dismissing the underlying bankruptcy case. [Doc. 9].

On November 2, 2021, the Appellant Dorothy Ann Beasley-Schniper ("Appellant") filed this appeal, seeking to appeal the Order of the Bankruptcy Court granting an annulment of the automatic stay. [Doc. 1]. On December 21, 2021, the Bankruptcy Court dismissed the Appellant's underlying bankruptcy case on account of the Appellant's failure to attend scheduled §

341(a) meetings, among other infractions. [Doc. 9]. In light of the Bankruptcy Court's dismissal of the underlying bankruptcy action, this appeal is moot.

**IT IS, THEREFORE, ORDERED** that the Appellant's appeal is **DISMISSED AS MOOT**.

**IT IS SO ORDERED.**

Signed: January 5, 2022

Martin Reidinger
Chief United States District Judge